```
UNITED STATES OF AMERICA        :    NOTICE OF INTENT TO
                                     FILE AN INFORMATION
             -v.-                :
                                     08 Mag. 1201
JORGE THEN,                      :
    a/k/a "George Then,"
    a/k/a "Ramaly Segarra,"      :         ORIGINAL
    a/k/a "Chikis,"
                                 :
             Defendant.                    Castel, J.
                                 :
- - - - - - - - - - - - - - - - -x
```

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 23, 2008

**08 CRIM 748**

MICHAEL J. GARCIA
United States Attorney

By: _____
NICHOLAS LEWIN
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
ROY KULCSAR, ESQ.
Attorney for Jorge Then

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED 7/23/08]

7/23/08 WHEEL A