UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **WAIVER OF INDICTMENT** |
| v. | : | 08 Cr. |
| JORGE THEN, <br>    a/k/a "George Then," <br>    a/k/a "Ramaiy Segarra," <br>    a/k/a "Chikis," | : | |
| Defendant. | : | |

**JUDGE CASTEL**

**08 CRIM 748**

- - - - - - - - - - - - - - - - - X

JORGE THEN, a/k/a "George Then," a/k/a "Ramaiy Segarra," a/k/a "Chikis," the defendant, who is accused of violating Title 18, United States Code, Section 1951(a), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Defendant JORGE THEN

Witness

Counsel for Defendant
ROY R. KULCSAR

Date:   New York, New York
        August 12, 2008