UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,

                          CONSENT TO PROCEED BEFORE
                          A UNITED STATES MAGISTRATE
                          JUDGE ON A FELONY PLEA
                          ALLOCUTION.

-against-

Jorge Then,

                      Docket No. 08 Cr. _____ ( )

Defendant.

**08 CRIM 748**

-------------------------------------------------------

*[SDNY ELECTRONICALLY FILED stamp: DOC #: ___ DATE FILED: AUG 12 2008]*

The undersigned defendant, advised by his or her undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent this __12th__ day of __August__, 2008 at __New York__, New York.

X _____        X _____
      Defendant                                      Attorney for Defendant
      JORGE THEN                                   Roy R. Kulcsar

Accepted by: _____
                           United States Magistrate Judge